UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Case no. 3:20-cv-03069-FLW-TJB

| | |
|---|---|
| **WILLIAM MISKOKOMON and CARLA BIGHAM**, individually on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**PALMER ADMINISTRATIVE SERVICES, et al.**,<br><br>Defendants. | CLASS ACTION |

**STIPULATION OF DISMISSAL
OF DEFENDANT PALMER ADMINISTRATIVE SERVICES**

Plaintiff William Miskokomon ("Miskokomon") and Plaintiff Carla Bigham ("Bigham") and Defendant Palmer Administrative Services hereby stipulate to the dismissal of Defendant Palmer Administrative Services with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

So Stipulated.

Respectfully Submitted,

**WILLIAM MISKOKOMON and CARLA BIGHAM**, individually and on behalf of all other similarly situated individuals

Dated: April 14, 2021

By: /s/ *Stefan Coleman*
Stefan Coleman
law@stefancoleman.com

LAW OFFICES OF STEFAN COLEMAN, P.A.
1072 Madison Ave. Suite 1
Lakewood, NJ 08701
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

Avi R. Kaufman (pro hac vice)
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys For Defendant,*
*Palmer Administrative Services, Inc.*

By: */s/ Jamey R. Campellone*
    BETH-ANN E. KRIMSKY
    Fla. Bar No. 968412
    *Admitted Pro Hac Vice*
    JAMEY R. CAMPELLONE
    Fla. Bar No. 119861
    *Admitted Pro Hac Vice*
    **GREENSPOON MARDER LLP**
    200 East Broward Blvd., Suite 1800
    Fort Lauderdale, Florida 33301
    Tel: (954) 527-6296
    Fax: (954) 333-4027
    beth-ann.krimsky@gmlaw.com
    clemencia.corzo@gmlaw.com
    jamey.campellone@gmlaw.com
    shayna.yasinian@gmlaw.com

    JAMES VALVANO
    NJ Bar No. 008771997
    **GREENSPOON MARDER LLP**
    590 Madison Avenue, Suite 1800
    New York, NY 10022
    (212) 524-5065
    james.valvano@gmlaw.com